| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Dale K. Galipo, SBN 144074 |
| Renee V. Masongsong, SBN 281819 |
| Cooper Alison-Mayne, SBN 343169 |
| Law Offices of Dale K. Galipo |
| 21800 Burbank Blvd., Suite 310 |
| Woodland Hills, CA 91367 |
| Tel: 818.347.3333 / Fax: 818.347.4118 |

ATTORNEY(S) FOR: Plaintiffs, Guadalupe Vargas, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GUADALUPE VARGAS; FELIX GUADALUPE VARGAS; and S.V. and E.V., minors, by and through their Guardian ad Litem, Daniela Colmenares; individually and as successors-in-interest to Jefte Vargas Ramirez,
                                                                Plaintiff(s),
v.

COUNTY OF SAN BERNARDINO, and DOES 1-10,

                                                                Defendant(s).

CASE NUMBER:

5:25-cv-01893

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiffs, Guadalupe Vargas, et al. _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Guadalupe Vargas | 1. Plaintiff |
| 2. Felix Guadalupe Vargas | 2. Plaintiff |
| 3. S.V., a minor | 3. Plaintiff |
| 4. E.V., a minor | 4. Plaintiff |
| 5. County of San Bernardino | 5. Defendant |

July 24, 2025
Date

s/ Renee V. Masongsong
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs, Guadalupe Vargas, et al.