# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE VARGAS, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:25−cv−01893−JGB−E<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|   7/24/2025   |   1   |   Complaint   |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

It appears a guardian ad litem is named in this case but no Petition seeking such appointment has been filed. A Petition for the Appointment of a Guardian Ad Litem must be filed when the appointment of a guardian ad litem is required by Fed. R. Civ. P. 17(c)(2). See Local Rule 17−1. Counsel must file a Petition for the Appointment of a Guardian Ad Litem immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83−7.

Clerk, U.S. District Court

Dated: July 24, 2025     By:  /s/ *Geneva Hunt  Geneva_Hunt@cacd.uscourts.gov*
                                                        Deputy Clerk