Docusign Envelope ID: 6F85B315-2E20-45CF-BE9B-C8E4C553A4AF

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
Cooper A. Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

*Attorneys for Plaintiffs*, Guadalupe Vargas, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE VARGAS; FELIX GUADALUPE VARGAS; and S.V. and E.V., minors, by and through their guardian ad litem Daniela Colmenares; individually and as successors-in-interest, to Jefte Vargas Ramirez,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10,<br><br>Defendants. | Case No. 5:25-cv-01893-JGB-E<br><br>Assigned to:<br>Hon. District Judge Jesus G. Bernal<br>Hon. Magistrate Judge Charles F. Eick<br><br>**APPLICATION OF DANIELA COLMENARES FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF S.V.**<br><br>**[Fed. R. Civ. P. 17(c) and Cal. Code Civ. Proc. §373]**<br><br>[Consent of Nominee to Appointment as Guardian *Ad Litem* and Proposed Order *filed concurrently herewith*) |

# APPLICATION OF DANIELA COLMENARES FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF S.V.

1. S.V. is a minor Plaintiff in the above-referenced case.

2. S.V. was born on February 19, 2008, and is seventeen (17) years old.

3. I, Daniela Colmenares, am the natural mother of minor Plaintiff S.V.

4. Minor Plaintiff S.V. has claims, as alleged in the complaint filed in the herein action, arising out of the violation of his civil rights and his father's civil rights. On December 16, 2024, officer(s) working for the County of San Bernardino, shot and killed decedent Jefte Vargas Ramirez, the natural father of minor Plaintiff S.V.

5. I, Daniela Colmenares, am not a plaintiff in this matter; and have not interests potentially adverse to minor Plaintiff S.V.

6. I, Daniela Colmenares am a resident of the City of Redlands, County of San Bernardino, in the State of California.

7. I, Daniela Colmenares am a responsible adult and fully competent to understand and protect the rights of said minor. *See* Consent of Nominee to Appointment as Guardian *ad litem* for S.V. filed concurrently herewith.

8. Plaintiffs therefore respectfully request an order appointing Daniela Colmenares as Guardian *ad litem* for minor Plaintiff S.V.

DATED:   July 25, 2025

7/25/2025

By: _____
Daniela Colmenares,
[Proposed] Guardian *ad Litem for Minor Plaintiff S.V.*

2

APPLICATION OF DANIELA COLMENARES FOR APPOINTMENT
AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF S.V.