1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUADALUPE VARGAS; FELIX GUADALUPE VARGAS; and S.V. and E.V., minors, by and through their guardian ad litem Daniela Colmenares; individually and as successors-in-interest, to Jefte Vargas Ramirez,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10,<br><br>Defendants. | Case No. 5:25-cv-01893-JGB-E<br><br>Assigned to:<br>Hon. District Judge Jesus G. Bernal<br>Hon. Magistrate Judge Charles F. Eick<br><br>**[PROPOSED] ORDER APPOINTING DANIELA COLMENARES AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF S.V.** |

**[PROPOSED] ORDER APPOINTING GUARDIAN AD LITEM**

Having reviewed the Application of Daniela Colmenares for Appointment as Guardian ad Litem for Minor Plaintiff S.V. and the Consent of Nominee Daniela Colmenares as Guardian ad Litem for Minor Plaintiff S.V., and GOOD CAUSE appearing therein, it is hereby ordered that DANIELA COLMENARES is appointed the Guardian ad Litem for minor plaintiff S.V. in this action.

IT IS SO ORDERED.

DATED: _____        _____
                              HONORABLE JESUS G. BERNAL
                              UNITED STATES DISTRICT COURT