**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
Cooper A. Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

*Attorneys for Plaintiffs*, Guadalupe Vargas, et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE VARGAS; FELIX GUADALUPE VARGAS; and S.V. and E.V., minors, by and through their guardian ad litem Daniela Colmenares; individually and as successors-in-interest, to Jefte Vargas Ramirez,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10,<br><br>Defendants. | Case No. 5:25-cv-01893-JGB-E<br><br>Assigned to:<br>Hon. District Judge Jesus G. Bernal<br>Hon. Magistrate Judge Charles F. Eick<br><br>**CONSENT OF NOMINEE DANIELA COLMENARES FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF E.V.**<br><br>**[Fed. R. Civ. P. 17(c) and Cal. Code Civ. Proc. §373]**<br><br>[*Application for Appointment as Guardian ad Litem* and *Proposed Order* filed concurrently herewith] |

1

**CONSENT OF NOMINEE DANIELA COLMENARES FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF E.V.**

# CONSENT OF NOMINEE

I, Daniela Colmenares, the nominee and natural mother of E.V., who is a minor plaintiff in the above-referenced action, consent to act as Guardian *ad Litem* for E.V. in the above-referenced action.

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.

DATED: July 25, 2025

7/25/2025

By: _____
Daniela Colmenares,
[Proposed] Guardian *ad Litem for Minor Plaintiff E.V.*

2

**CONSENT OF NOMINEE DANIELA COLMENARES FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF E.V.**