# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE VARGAS; FELIX GUADALUPE VARGAS; and S.V. and E.V., minors, by and through their guardian ad litem Daniela Colmenares; individually and as successors-in-interest, to Jefte Vargas Ramirez,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10,<br><br>Defendants. | Case No. 5:25-cv-01893-JGB-E<br><br>Assigned to:<br>Hon. District Judge Jesus G. Bernal<br>Hon. Magistrate Judge Charles F. Eick<br><br>**ORDER APPOINTING DANIELA COLMENARES AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF S.V.** |

1

**ORDER**

Case 5:25-cv-01893-JGB-E    Document 15    Filed 08/11/25    Page 2 of 2    Page ID #:68

**ORDER APPOINTING GUARDIAN AD LITEM**

Having reviewed the Application of Daniela Colmenares for Appointment as Guardian ad Litem for Minor Plaintiff S.V. and the Consent of Nominee Daniela Colmenares as Guardian ad Litem for Minor Plaintiff S.V., and GOOD CAUSE appearing therein, it is hereby ordered that DANIELA COLMENARES is appointed the Guardian ad Litem for minor plaintiff S.V. in this action.

IT IS SO ORDERED.

DATED: August 11, 2025    _____

HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE