**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE VARGAS; FELIX GUADALUPE VARGAS; and S.V. and E.V., minors, by and through their guardian ad litem Daniela Colmenares; individually and as successors-in-interest, to Jefte Vargas Ramirez, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO; and DOES 1-10, <br><br> Defendants. | Case No. 5:25-cv-01893-JGB-E <br><br> Assigned to: <br> Hon. District Judge Jesus G. Bernal <br> Hon. Magistrate Judge Charles F. Eick <br><br> **JOINT STIPULATION REQUESTING PLAINTIFFS' BE ALLOWED TO AMEND COMPLAINT** |

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED by and between Plaintiffs Guadalupe Vargas, Felix

Guadalupe Vargas, and S.V. and E.V., minors, by and through their guardian ad

litem Daniela Colmenares, individually and as successors-in-interest to Jefte Vargas

Ramirez ("Plaintiffs"), and Defendant County of San Bernardino ("COUNTY") ("the

Parties"), by and through their respective attorneys of record, as follows:

1. Plaintiffs filed their Complaint on July 24, 2025. Defendant COUNTY answered the Complaint on September 9, 2025. At the time of the filing of their Complaint, Plaintiffs were genuinely ignorant of the name of the San Bernardino County Sheriff Department deputy who was involved in the incident giving rise to this lawsuit. Subsequently, after initial disclosures were exchanged between the parties on November 24, 2025, Plaintiffs discovered that Deputy Raul Ponce is the San Bernardino County Sheriff's Department employee who was involved in the shooting death of Jefte Vargas Ramirez giving rise to this lawsuit.

2. The Parties agree that Plaintiffs may file an amended complaint for the purpose of naming Deputy Raul Ponce as an individual defendant. A copy of Plaintiffs' proposed First Amended Complaint (redlined) is attached hereto as "Exhibit A." A copy of Plaintiffs' proposed First Amended Complaint (clean) is attached hereto as "Exhibit B."

3. Counsel for the County of San Bernardino agrees to accept service of the First Amended Complaint on behalf of the County of San Bernardino and Deputy Raul Ponce by email.

4. Plaintiffs shall have 7 days to file the First Amended Complaint after the Court grants leave to do so. Defendant County of San Bernardino shall have 14 days thereafter to file a responsive pleading.

DATED: December 30, 2025          LAW OFFICES OF DALE K. GALIPO

                                  By: _____
                                      Dale K. Galipo
                                      Renee V. Masongsong
                                      Cooper Alison-Mayne
                                      Attorneys for Plaintiffs,
                                      Guadalupe Vargas, et al.

1    DATED: December 30, 2025         **WESIERSKI & ZUREK LLP**

2

3                                     By:    */s/ Kathryn J. Harvey*
                                             Kathryn J. Harvey
4                                            Attorney for Defendant
                                             County of San Bernardino
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION REQUESTING PLAINTIFFS' BE ALLOWED TO AMEND COMPLAINT