**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

GUADALUPE VARGAS; FELIX GUADALUPE VARGAS; and S.V. and E.V., minors, by and through their guardian ad litem Daniela Colmenares; individually and as successors-in-interest, to Jefte Vargas Ramirez,

            Plaintiffs,

      v.

COUNTY OF SAN BERNARDINO; and DOES 1-10,

            Defendants.

Case No. 5:25-cv-01893-JGB-E

Assigned to:
Hon. District Judge Jesus G. Bernal
Hon. Magistrate Judge Charles F. Eick

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the parties' joint stipulation filed December 30, 2025 is APPROVED. Plaintiffs shall file a First Amended Complaint in the form attached as Exhibit B to the stipulation within seven (7) days of this Order. Defendants shall file a responsive pleading within fourteen (14) days thereafter.

**IT IS SO ORDERED.**

Dated:_____

_____
Hon. Jesus G. Bernal
United States District Judge

[PROPOSED] ORDER