**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE VARGAS; FELIX GUADALUPE VARGAS; and S.V. and E.V., minors, by and through their guardian ad litem Daniela Colmenares; individually and as successors-in-interest, to Jefte Vargas Ramirez,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10,<br><br>Defendants. | Case No. 5:25-cv-01893-JGB-E<br><br>**ORDER** |

1  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the parties' joint
2  stipulation filed December 30, 2025 is APPROVED. Plaintiffs shall file a First
3  Amended Complaint in the form attached as Exhibit B to the stipulation within seven
4  (7) days of this Order. Defendants shall file a responsive pleading within fourteen
5  (14) days thereafter.

7  **IT IS SO ORDERED.**

9  Dated:  January 6, 2026

                                        Hon. Jesus G. Bernal
                                        United States District Judge