JUDGE JESUS B. BERNAL

EXHIBIT A: SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | 5.25-cv-01893-JGB-E |
|---|---|
| Case Name | *Guadalupe Vargas, et al., v. County of San Bernardino, et al.* |

| Matter | Plaintiff(s)' Request mo/day/year | Defendant(s)' Request mo/day/year | Court's Order |
|---|---|---|---|
| ☒ Jury Trial  *or*  ☐ Court Trial **(Tuesday at 9:00 a.m.)** Length: __5__ Days | June 1, 2027 | June 1, 2027 | |
| Final Pretrial Conference [L.R. 16] and Hearing on Motions *In Limine* **(Monday – two (2) weeks before trial date)** | May 17, 2027 | May 17, 2027 | |
| Last Date to Conduct Settlement Conference | Feb. 1, 2027 | Feb. 1, 2027 | |
| Last Date to **Hear** Non-discovery Motions (Monday at 9:00 a.m.) | Feb. 1, 2027 | Feb. 1, 2027 | |
| All Discovery Cut-Off (including hearing all discovery motions) | Jan. 4, 2027 | Jan. 4, 2027 | |
| Expert Disclosure (Rebuttal) | Nov. 6, 2026 | Nov. 6, 2026 | |
| Expert Disclosure (Initial) | Oct. 16, 2026 | Oct. 16, 2026 | |
| Last Date to Amend Pleadings or Add Parties | June 5, 2026 | June 5, 2026 | |

ADR [L.R. 16-15] Settlement Choice:

☐ Attorney Settlement Officer Panel

☒ Private Mediation

☐ Magistrate Judge