**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE VARGAS; FELIX GUADALUPE VARGAS; and S.V. and E.V., minors, by and through their guardian ad litem Daniela Colmenares; individually and as successors-in-interest, to Jefte Vargas Ramirez,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; and RAUL PONCE<br><br>Defendants. | Case No. 5:25-cv-01893-JGB-E<br><br>Assigned to:<br>Hon. District Judge Jesus G. Bernal<br>Hon. Magistrate Judge Charles F. Eick<br><br>**PROOF OF SERVICE OF AMENDED COMPLAINT AND SUMMONS** |

**TO THIS HONORABLE COURT:**

      Pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) and a written agreement between the parties, Plaintiffs hereby submit their proof of service of the Amended Complaint, and Summons on Defendants COUNTY OF SAN BERNARDINO, and RAUL PONCE (attached hereto as Exhibit "A").

DATED: January 21, 2026          LAW OFFICES OF DALE K. GALIPO

By:   */s/ Cooper Alison-Mayne*
Dale K. Galipo
Renee V. Masongsong
Cooper Alison-Mayne
Attorneys for Plaintiffs,
Guadalupe Vargas, et al.