# EXHIBIT A

## Darci Gilbert

| | |
|---|---|
| **From:** | Kathryn J. Harvey <kharvey@WZLLP.COM> |
| **Sent:** | Friday, January 9, 2026 2:30 PM |
| **To:** | Darci Gilbert; Christopher Wesierski |
| **Cc:** | rvalentine@galipolaw.com; Cooper Mayne; Andrea Ramirez; Heidi Gallacher; Kaitlyn Zendejas |
| **Subject:** | RE: Vargas, et al. v. County of San Bernardino, et al. - Service of Amended Complaint and Summons |

External (kharvey@wzllp.com) 

INKY is learning...   Graymail   Spam   Phish   More...   FAQ   Protection by INKY

Received, thank you.

Kathryn J. Harvey
Partner
**Wesierski & Zurek LLP**
29 Orchard Road
Lake Forest, CA 92630
Tel. No. (949) 975-1000
Fax. No. (949) 756-0517
Email kharvey@wzllp.com



Follow us on:

Confidential Communication: Emails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. This communication and all attachments are confidential, in anticipation of litigation or in furtherance of litigation. The attorney client privilege, work product doctrine and privacy rights of the sender, recipients and third parties are specifically asserted as to this communication and all attachments, in addition to all other protections afforded by law, including without limitation, HIPAA, physician/patient privilege, trade secret, tax privacy, copyright and trademark laws. If you believe that you received this email in error, please do not read this email or any attached items. Please delete the email and all attachments, including any copies thereof, and inform the sender that you have deleted the email, all attachments and any copies thereof. Thank you.

**From:** Darci Gilbert <dgilbert@galipolaw.com>
**Sent:** Friday, January 9, 2026 12:18 PM
**To:** Christopher Wesierski <CWesierski@WZLLP.COM>; Kathryn J. Harvey <kharvey@WZLLP.COM>
**Cc:** rvalentine@galipolaw.com; Cooper Mayne <CMayne@galipolaw.com>
**Subject:** Vargas, et al. v. County of San Bernardino, et al. - Service of Amended Complaint and Summons

**\*\*CAUTION: This email originated from outside of the organization.\*\***

Good morning, Counsel,

It is my understanding that you have agreed to accept e-service of the Amended Complaint and Summons for defendants, specifically the newly named defendant, Raul Ponce.  Attached are the following documents:

    First Amended Complaint
    Summons Issued
    Proof of Service

We appreciate you accepting e-service for these documents.   If you will please reply and acknowledge receipt of these documents.  Should you have any questions, please contact our office

Best regards,
Darci Gilbert

**Darci Gilbert, Litigation Assistant** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: dgilbert@galipolaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

If you are a potential client, the information you disclose to us by email will be kept in strict confidence and will be protected to the full extent of the law.  Please be advised, however, that The Law Offices of Dale K. Galipo and its lawyers do not represent you until you have signed a retainer agreement with the firm.  Until that time, you are responsible for any statutes of limitations or other deadlines for your case or potential case

| | |
|---|---|
| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
| **TITLE OF CASE (Abbreviated)**<br>Vargas, et al. v. County of San Bernardino, et al. | |
| **ATTORNEY(S) NAME AND ADDRESS**<br>Dale K. Galipo, dalekgalipo@yahoo.com<br>Renee V. Masongson, rvalentine@galipolaw.com<br>Cooper Alison-Mayne, cmayne@galipolaw.com<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Blvd, Suite 310<br>Woodland Hills, California 91367<br>Fax: (818) 347-4118 | |
| **ATTTORNEY(S) FOR: Plaintiffs** | Case No. 5: :25-cv-01893-JGB-E Judge: Hon. Jesus G. Bernal |

## DECLARATION OF SERVICE

I, am employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367. On January 9, 2026, I served the foregoing document described as: **FIRST AMENDED COMPLAINT FOR DAMAGES; and SUMMONS ISSUED OFF FIRST AMENDED COMPLAINT** on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as specified below:

## SEE ATTACHED SERVICE LIST

## METHOD OF SERVICE

☐ (BY MAIL) I enclosed the documents in a sealed envelope or package and addressed to the parties at the address specified above.

☐ I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

☐ I placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of this office for the collection, processing and mailing of documents. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ (BY ELECTRONIC SERVICE) I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 9, 2026

*/s/ Darci Gilbert*
Darci Gilbert

# **SERVICE LIST**

Christopher P. Wesierski [Bar No. 086736]
cwesierski@wzllp.com
Kathryn J. Harvey [Bar No. 241029]
kharvey@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants
COUNTY OF SAN BERNARDINO and RAUL PONCE