**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE VARGAS; FELIX GUADALUPE VARGAS; and S.V. and E.V., minors, by and through their guardian ad litem Daniela Colmenares; individually and as successors-in-interest, to Jefte Vargas Ramirez,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; and RAUL PONCE<br><br>Defendants. | Case No. 5:25-cv-01893-JGB-E<br><br>Assigned to:<br>Hon. District Judge Jesus G. Bernal<br>Hon. Magistrate Judge Charles F. Eick<br><br>**PLAINTIFFS' REQUEST TO ALLOW REMOTE APPEARANCE OF NON-LEAD TRIAL COUNSEL AT SCHEDULING CONFERENCE**<br><br>Date: February 2, 2026<br>Time: 11:00 AM<br>Location: Courtroom 1<br>3470 Twelfth Street<br>Riverside, California 92501 |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Counsel for Plaintiffs hereby respectfully requests that Renee V. Masongsong and/or Cooper Alison-Mayne, who are attorneys of record for Plaintiffs but are not lead trial counsel, be allowed to appear at the upcoming Scheduling Conference via Zoom in this action in lieu of Plaintiffs' lead trial counsel, Dale K. Galipo. The Scheduling Conference is currently scheduled for February 2, 2026, at 11:00 a.m.

Plaintiffs' counsel makes this request because Mr. Galipo is currently scheduled to be in trial starting January 30, 2026, at 8:30am in *Barber v. County of San Bernardino, et al.,* case number 5:22cv625-KK-DTB.  As such, Mr. Galipo will be unable to appear for the Scheduling Conference as currently scheduled. Plaintiffs' counsel acknowledges that the Court disfavors appearances of non-lead trial counsel at Scheduling Conferences and apologizes for any inconvenience this request may cause.

DATED: January 27, 2026            LAW OFFICES OF DALE K. GALIPO

                            By:   */s/ Dale K. Galipo*
                                  Dale K. Galipo
                                  Renee V. Masongsong
                                  Cooper Alison-Mayne