**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUADALUPE VARGAS; FELIX GUADALUPE VARGAS; and S.V. and E.V., minors, by and through their guardian ad litem Daniela Colmenares; individually and as successors-in-interest, to Jefte Vargas Ramirez,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; and RAUL PONCE<br><br>Defendants. | Case No. 5:25-cv-01893-JGB-E<br><br>Assigned to:<br>Hon. District Judge Jesus G. Bernal<br>Hon. Magistrate Judge Charles F. Eick<br><br>**[PROPOSED] ORDER** |

# [PROPOSED] ORDER

Having reviewed Plaintiffs' request to appear remotely at the February 2, 2026, Scheduling Conference in this action, the Court hereby orders that Plaintiffs' counsel, Renee V. Masongsong and/or Cooper Alison-Mayne, may appear via Zoom at the Scheduling Conference in lieu of lead trial counsel.

**IT IS SO ORDERED.**

DATED:                                              UNITED STATES DISTRICT JUDGE


                                                    _____
                                                    Hon. Jesus G. Bernal