1  Christopher P. Wesierski [Bar No. 086736]
     *cwesierski@wzllp.com*
2  Kathryn J. Harvey [Bar No. 241029]
     *kharvey@wzllp.com*
3  WESIERSKI & ZUREK LLP
   29 Orchard Road
4  Lake Forest, California 92630
   Telephone: (949) 975-1000
5  Facsimile: (949) 756-0517

6

7  Attorneys for Defendant
   COUNTY OF SAN BERNARDINO

8              UNITED STATE DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 GUADALUPE VARGAS; FELIX GUADALUPE VARGAS, and S.V. | Case No. 5:25-cv-01893-JGB-E |
| 12 and E.V., minors, by and through their Guardian ad Litem, Daniela | ASSIGNED FOR ALL PURPOSES TO HONORABLE JESUS G. BERNAL |
| 13 Colmenares; individually and as successors-in-interest to Jefte Vargas | |
| 14 Ramirez, | **REQUEST FOR ORDER FOR ALLOWING APPEARANCE OF NON-LEAD TRIAL COUNSEL AT SCHEDULING CONFERENCE** |
| 15           Plaintiffs, | |
| 16      vs. | |
| 17 COUNTY OF SAN BERNARDINO, et al., | **Date: February 2, 2026** |
| 18           Defendants. | **Time: 11:00 AM** **Location: Courtroom 1** |
| 19 | |
| 20 | Trial Date:        None Set |
| 21 | Action Filed:    07/24/2025 |

22

23       **TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF**

24  **RECORD:**

25       Counsel for Defendant hereby respectfully requests that Michelle R. Prescott, who

26  is a lawyer with over 15 years of experience, will be available but is not lead trial counsel,

27  and that she be allowed to appear at the upcoming Scheduling Conference via Zoom in this

28  action in lieu of Defendant's lead trial counsel, Christopher P. Wesierski and Kathryn J.

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

1    Harvey. The Scheduling Conference is currently scheduled for February 2, 2026, at 11:00

2    a.m. Defendant's counsel makes this request because Mr. Wesierski and Ms. Harvey are

3    currently scheduled to be in trial starting February 2, 2026, at 10:00am in Butler v. County

4    of San Bernardino, et al., case number CIVSB2117028. As such, Mr. Wesierski and Ms.

5    Harvey will be unable to appear for the Scheduling Conference as currently scheduled.

6    Defendant's counsel acknowledges that the Court disfavors appearances of non-lead trial

7    counsel at Scheduling Conferences and apologizes for any inconvenience this request may

8    cause.

9         We attach a Court Order for the Court to sign if this request is acceptable to the

10   Court.

11   DATED:  January 26, 2026          WESIERSKI & ZUREK LLP

12

13

14   By:  _____

15        CHRISTOPHER P. WESIERSKI
         Attorneys for Defendant COUNTY OF SAN
16       BERNARDINO

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR ORDER FOR ALLOWING APPEARANCE OF NON-LEAD TRIAL COUNSEL AT SCHEDULING CONFERENCE

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000