WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE VARGAS; FELIX GUADALUPE VARGAS, and S.V. and E.V., minors, by and through their Guardian ad Litem, Daniela Colmenares; individually and as successors-in-interest to Jefte Vargas Ramirez,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>Defendants. | Case No. 5:25-cv-01893-JGB-E<br><br>ASSIGNED FOR ALL PURPOSES TO HONORABLE JESUS G. BERNAL<br><br>**[PROPOSED] ORDER**<br><br>Trial Date:     None Set<br>Action Filed:  07/24/2025 |

Having reviewed Defendant's request to appear remotely at the February 2, 2026, Scheduling Conference in this action, the Court hereby orders that Defendant's counsel Michelle R. Prescott, may appear via Zoom at the Scheduling Conference in lieu of lead trial counsel.

DATED: January ___, 2026

_____
JESUS G. BERNAL